No. 273, Misc. WILLIAMS *v.* UNITED STATES.

*Per Curiam:* The appeal is dismissed.

No. 40. AMALGAMATED MEAT CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, AFL-CIO, *v.* NATIONAL LABOR RELATIONS BOARD ET AL. Certiorari, 351 U. S. 905, to the United States Court of Appeals for the Sixth Circuit. The motion of the Solicitor General to postpone argument is denied. *Solicitor General Rankin* and *Theophil C. Kammholz* for the National Labor Relations Board, movant. *Harold I. Cammer* for petitioner.